UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NANCY SHAY,

        Plaintiff,

   v.

BARBARA WALTERS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 11-10932-GAO

Hon. George A. O'Toole, Jr.

*ORAL ARGUMENT REQUESTED*

### DEFENDANT BARBARA WALTERS' MOTION
### FOR JUDGMENT ON THE PLEADINGS

Upon the Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings, the Declaration of Orin Snyder in Support of Defendant's Motion and the exhibits thereto, and upon all the papers and proceedings in this action, Defendant Barbara Walters moves the Court to dismiss the complaint with prejudice pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Defendant's counsel certify that they have conferred with Plaintiff's counsel but have been unable to resolve the issues underlying this Motion.

//

//

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant hereby requests oral argument on her Motion.

Dated: New York, New York
July 8, 2011

GIBSON, DUNN & CRUTCHER LLP

By: /s/   Orin Snyder

Orin Snyder (admitted *pro hac vice*)
Christopher Muller (admitted *pro hac vice*)
200 Park Avenue, 37th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

William F. Benson
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114
Telephone: (617) 227-3030
Facsimile: (617) 523-4001

*Attorneys for Defendant Barbara Walters*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, a true copy of the above document was filed through the EFC system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ Orin Snyder
Orin Snyder (admitted *pro hac vice*)